United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN TORIBIO PENA-MARTINEZ, "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:26-cv-00746 |
| MIGUEL VERGARA, *et al.,* "Respondents," | § § § § | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("Report and Recommendation"), and "Petitioner's Objections to the Magistrate Judge's Report and Recommendation" (Dkt. No. 5) ("Objections").

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 4) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this August 27, 2026

Rolando Olvera
United States District Judge